IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHERYL L. SLOTNICK, | **No. C 13-02283 RS** |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| CAROLYN W. COLVIN, | |
| Defendant. | |
| _____/ | |

    Plaintiff Sheryl Slotnick, who is represented in this matter, brought a complaint on May 20, 2013, seeking judicial review of a decision by the Commissioner of Social Security denying Slotnick's applications for a period of disability and disability benefits.  That same day, this court issued a procedural order directing defendant Carolyn Colvin, Acting Commissioner of Social Security, to serve and file an answer, together with a certified copy of the transcript of the administrative record, within 90 days of receipt of service of the summons and complaint and setting out a schedule for the plaintiff to serve and file a motion for summary judgment.  The docket does not reflect that plaintiff ever served the summons and complaint on defendant, and no further action has been taken by either party in this matter.

No later than May 27, 2014, plaintiff shall file either a dismissal or a declaration explaining why the case should not be dismissed. If no action is taken by the plaintiff on or before that date, the case will be dismissed without further notice for failure to prosecute.

IT IS SO ORDERED.

Dated: May 7, 2014

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE