IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHERYL L. SLOTNICK,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>CAROLYN W. COLVIN,<br><br>　　　　　　Defendant.<br>_____/ | **No. C 13-02283 RS**<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

　　　Plaintiff Sheryl Slotnick, who is represented in this matter, brought a complaint on May 20, 2013, seeking judicial review of a decision by the Commissioner of Social Security denying Slotnick's applications for a period of disability and disability benefits.  On May 7, 2014, the court issued an order to show cause as to why the case should not be dismissed for failure to prosecute.  Pursuant to that order, plaintiff filed a response explaining the failure to effect service was a result of excusable neglect and attaching proof of service on the defendant, who has now appeared.

　　　In light of plaintiff's response, the order to show cause is hereby discharged.  The case shall proceed pursuant to the procedural order previously issued.

　　　IT IS SO ORDERED.

Dated: May 30, 2014

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE