Dolly M. Trompeter (CSBN 235784)
Attorney At Law
2261 Market Street, No. 185
San Francisco, CA 94114
Telephone:   415 271-8604
Fax:         415 431-0279
Email:       Dolly@DollyDisabilityLaw.com

Attorney for Plaintiff **SHERYL L. SLOTNICK**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **SHERYL L. SLOTNICK** ) | Civil No. 3:13 02283 RS |
| ) | |
| ) | **STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING PLAINTIFF'S TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| v.  ) | |
| ) | |
| **CAROLYN W. COLVIN,** ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant.  ) | |

   IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff may have an extension of 30 days in which to file her motion for summary judgment. Plaintiff's motion, which was formerly due on September 17, 2014 is now due on October 17, 2014. This extension is necessary to provide further opportunity for review and analysis of this case. The parties further stipulate that the Court's Procedural Order shall be modified accordingly.

|  |  |
|---|---|
|  | This is Plaintiff's first request for an extension. |
| Dated: 9/15/14 | "/s/ _Dolly M. Trompeter_" |
|  | DOLLY M. TROMPETER, ESQ.<br>Attorney for Plaintiff |
|  | MELINDA L. HAAG<br>United States Attorney |
| Dated: 9/15/14 | By: "/s/ Jennifer Lee Tarn"___<br>*(as authorized via email on September 15, 2014)*<br>JENNIFER LEE TARN, ESQ.<br>Special Assistant U.S. Attorney |

PERSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall have an additional 30 days in which to file her motion for summary judgment, up to and including October 17, 2014.

Dated: 9/16/14

**THE HONORABLE RICHARD SEEBORG**

United States District Court Judge
Northern District of California,
San Jose Division

2