1  Dolly M. Trompeter (CSBN 235784)
   Attorney At Law
2  2261 Market Street, No. 185
3  San Francisco, CA 94114
   Telephone:   415 271-8604
4  Fax:         415 431-0279
5  Email:       Dolly@DollyDisabilityLaw.com

6  Attorney for Plaintiff **SHERYL L. SLOTNICK**

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

                            SAN JOSE DIVISION

| | | |
|---|---|---|
| **SHERYL L. SLOTNICK** | ) | Civil No. 3:13 02283 RS |
| | ) | |
| | ) | **STIPULATION AND ~~PROPOSED~~ ORDER** |
| | ) | **EXTENDING PLAINTIFF'S TIME TO FILE** |
| | ) | **PLAINTIFF'S MOTION FOR SUMMARY** |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | |
| **CAROLYN W. COLVIN,** | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff may have an extension of 30 days in which to file her motion for summary judgment. Plaintiff's motion, which was formerly due on October 17, 2014 is now due on November 17, 2014. This extension is necessary to provide further opportunity for review and analysis of this case. The parties further stipulate that the Court's Procedural Order shall be modified accordingly.

This is Plaintiff's second request for an extension.

Dated: 10/16/14           "/s/ *Dolly M. Trompeter*"

                          DOLLY M. TROMPETER, ESQ.
                          Attorney for Plaintiff


                          MELINDA L. HAAG
                          United States Attorney

Dated: 10/16/14           By: "/s/ Jennifer Lee Tarn"
                          *(as authorized via email on October 16, 2014)*
                          JENNIFER LEE TARN, ESQ.
                          Special Assistant U.S. Attorney


PERSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall have an additional 30 days in which to file her motion for summary judgment, up to and including November 17, 2014.

Dated: 10/16/14           _____

                          **THE HONORABLE RICHARD SEEBORG**

                          United States District Court Judge
                          Northern District of California,
                          San Jose Division