MELINDA HAAG
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER LEE TARN, CSBN 240609
    Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8825
    Facsimile: (415) 744-0134
    E-Mail: Jennifer.Tarn@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERYL L. SLOTNICK,<br>          Plaintiff,<br>  v.<br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br>        Defendant. | No. 3:13-cv-02283-RS<br><br>ORDER<br>**STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

IT IS HEREBY STIPULATED by and between the parties through their undersigned

counsel, subject to the approval of the Court, that Sheryl L. Slotnick (Plaintiff) be awarded

attorney fees of SEVEN THOUSAND DOLLARS ($7000.00) and costs in the amount of FOUR

HUNDRED FIFTY DOLLARS ($450) under the Equal Access to Justice Act (EAJA), 28 U.S.C.

§ 2412(d).  This amount represents compensation for all legal services rendered on behalf of

Plaintiff by Dolly Marlo Trompeter (counsel) in connection with this civil action, in accordance

with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel.  Pursuant to <u>Astrue v. Ratliff</u>, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to counsel, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or counsel, including counsel's firm or associates, may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of counsel and/or counsel's firm to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.


Respectfully submitted,

DATE: August 11, 2015          DOLLY MARLO TROMPETER


By:     /s/  *"Dolly M. Trompeter"*
          DOLLY MARLO TROMPETER
          Attorney for Plaintiff

DATE: August 11, 2015            MELINDA HAAG
                                 United States Attorney


                        By:     /s/ Jennifer Lee Tarn
                                JENNIFER LEE TARN
                                Special Assistant United States Attorney
                                Attorney for Defendant


OF COUNSEL TO DEFENDANT:

DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX




**ORDER**

BASED UPON THE PARTIES' STIPULATION FOR THE AWARD AND PAYMENT OF
EQUAL ACCESS TO JUSTICE ACT FEES IN THE AMOUNT OF $7000, AND
EXPENSES/COSTS IN THE AMOUNT OF $450.00, IT IS ORDERED THAT FEES AND
EXPENSES/COSTS TOTALING THE AMOUNT OF $7450.00 AS AUTHORIZED BY 28
U.S.C. § 2412 BE AWARDED SUBJECT TO THE TERMS OF THE STIPULATION.


DATED: August 11, 2015

                                HONORABLE RICHARD SEEBORG
                                UNITED STATES MAGISTRATE JUDGE